# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Laura Fashing,
## United States Magistrate Judge

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE TITLE**: | Sabeerin et al v. Albuquerque Police Department et al | **DATE**: | Monday, March 19, 2018 |
| **CASE No**: | 1:16-cv-00497-JCH-LF | **COURTROOM CLERK**: | CDA |
| **PROCEEDINGS COMMENCED**: | 2:32 p.m. | **COURT IN RECESS**: | 2:40 p.m. |

**TYPE OF PROCEEDING**: *Status Conference*

| **ATTORNEY PRESENT FOR PLAINTIFFS**: | **ATTORNEYS PRESENT FOR DEFENDANTS**: |
|---|---|
| Jennie Deden Behles | Kristin J Dalton on behalf of Tim Fassler, John Deer, City of Albuquerque |
| | Sean Olivas on behalf of Gregg Marcantel |

**The following issues were discussed**:

I. The Court noted that it had ordered the case stayed pending a determination of Gregg Marcantel's and New Mexico Corrections Departments' Motion to Dismiss (Doc. 17). After plaintiff filed an amended complaint, Mr. Marcantel filed another motion to dismiss (Doc. 46). The parties have been proceeding as though the stay has continued and agree that the stay should remain in place.

II. The Court will enter a new order continuing the stay until the Court has ruled on the currently pending motion to dismiss.